# STATE OF LOUISIANA
## COURT OF APPEAL, THIRD CIRCUIT
### P.O. Box 16577
### Lake Charles LA 70616
### (337) 433-9403

## NOT  DESIGNATED  FOR  PUBLICATION

Robert F. Bruce
Allen Corr. Ctr. Saturn A-1 DOC No. 397176
3751 Lauderdale Woodyard Road
Kinder LA 70648

### REHEARING ACTION: October 1, 2014

**Docket Number: 14   00441-KH**

**STATE OF LOUISIANA**
**VERSUS**
**ROBERT F. BRUCE**

**Writ Application from Rapides Parish Case No. 252629**

**BEFORE JUDGES:**

    **Hon. Billy Howard Ezell**
    **Hon. Shannon J. Gremillion**
    **Hon. Phyllis M. Keaty**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Robert F. Bruce** has this day been

    **DENIED.**

cc: James C. Downs, Counsel for  the Respondent